JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>KIMBERLY CLARKE, AKA KIMBERLY L. CLARKE,<br><br>            Defendant | No. 2:14 cv 6933<br><br>CONSENT JUDGMENT |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Kimberly Clarke, aka Kimberly L. Clarke, in the principal amount of $2,689.87 plus interest accrued to September 5, 2014, in the sum of $4,566.43; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of $**7,256.30**.

DATED: 10/27/14                    By: TERRY NAFISI
                                        Clerk of the Court

                                        _____
                                        Deputy Clerk
                                        United States District Court

Page 1